UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

Case No.  CV 09-5595 CAS (Jcx)          Date:  October 30, 2009

Title: *Maude Tecarro et al v. Wells Fargo Financing Corporation et al*

================================================================================

**PRESENT:** <u>**HONORABLE CHRISTINA A. SNYDER, JUDGE**</u>

   <u>Catherine M. Jeang</u>        <u>Not Present</u>
   **Deputy Clerk**          **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS**     **ATTORNEYS PRESENT FOR DEFENDANTS**

  Not Present                                     Not Present

**PROCEEDINGS: <u>ORDER TO SHOW CAUSE</u>  (IN CHAMBERS)**

IT IS HEREBY ORDERED that PLAINTIFF show cause in writing not later than 11-16-09 why this action should not be dismissed for lack of prosecution as to defendant Wells Fargo Financial California Inc., only.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)    An answer by defendant Wells Fargo Financial California Inc., or  plaintiff's request for entry of default by clerk on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

                                                                     Time in Court: ___: ___
                                                                     Deputy Clerk: <u>KPA</u>